

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**TO BE FILED UNDER SEAL**

March 20, 2024

The Honorable Gary Stein
U.S. District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York
New York, NY 10007-1312

    Re:    *United States v. Keshaun Lamonte Johnson*, S3 22 Cr. 435 (LAP)

Dear Judge Stein:

    On or about December 1, 2023, the above-captioned sealed Superseding Indictment and an accompanying sealed arrest warrant were filed against defendant Keshaun Lamonte Johnson. On or about March 17, 2024, the defendant was arrested in the Eastern District of Arkansas. The Government thus writes to respectfully request that this Court enter an unsealing order that would permit the indictment to be entered onto the public docket.

                                             Respectfully submitted,

                                             DAMIAN WILLIAMS
                                             United States Attorney

By: _____
     Jane Y. Chong
     Assistant United States Attorney
     (917) 763-3172

**SO ORDERED:**

_____
THE HONORABLE GARY STEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK