UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

MARQUISE AUSTIN, et al.,

                Defendants.

No. 22-CR-435 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the joint status update submitted by the parties on April 12, 2024. (See dkt. no. 134.) The trial of all remaining defendants in the above-captioned case shall commence on January 27, 2025.[1]

**SO ORDERED.**

Dated:    April 15, 2024
            New York, New York

                                  _____
                                  LORETTA A. PRESKA
                                  Senior United States District Judge

---

[1] As the parties acknowledged in their joint filing, Defendant Aboudulaye Keita has pleaded guilty and will not proceed to trial.