UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>-against-<br><br>Keshaun Johnson,<br><br>      Defendant. | No. 22-CR-435 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

  The Court is in receipt of the parties' joint letter motion requesting an initial conference for Defendant Keshaun Johnson in the above-captioned case.  (See dkt. no. 141.)  The parties shall appear for an initial conference on May 14, 2024, at 11:30 a.m. in Courtroom 12A.  Time is excluded from today until May 14, 2024, from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interest of justice.  The Clerk of the Court shall close docket entry number 141.

**SO ORDERED.**

Dated: May 10, 2024
    New York, New York

               *Loretta A. Preska*
               _____
               LORETTA A. PRESKA
               Senior United States District Judge