

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 4, 2024

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouses
500 Pearl St.
New York, NY 10007-1312

   Re: *United States v. Aboudulaye Keita et al.*, 22 Cr. 435 (LAP)

Dear Judge Preska:

  The Government respectfully submits this joint letter in response to the Court's April 3, 2024 order directing the parties to submit a letter as to the status of the case.[1] The parties are conferring about discovery and possible pretrial dispositions and therefore request that they be permitted an additional two weeks to submit the letter, with a deadline of June 17, 2024.[2]

  With the defense's consent, the Government also requests an exclusion of time through June 17, 2024. The ends of justice served by the adjournment and exclusion outweigh the best interest of the public and the defendant in a speedy trial because it will allow the parties to continue the above-referenced discussions.

```
The parties shall have until June 17, 2024, to submit their joint
status letter.  Time is excluded from today until June 17, 2024,
from calculation under the Speedy Trial Act, 18 U.S.C. § 3161(h)
(7)(A), in the interest of justice.
```

**<u>SO ORDERED.</u>**

Dated: June 4, 2024

*Loretta A. Preska*
_____
LORETTA A. PRESKA, U.S.D.J.

---

[1] The Government apologies for submitting this letter one day after the June 3, 2024 deadline set by the Court.

[2] As the Court is aware, one defendant, Aboudulaye Keita, was already sentenced on May 8, 2024 and thus the Government does not anticipate providing further updates regarding his case.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Jane Y. Chong
Assistant United States Attorney
(917) 763-3172

By CM/ECF:   All defense counsel