# INGA L. PARSONS
## CHRISTIAN J. URBANO*
(of Counsel)
Attorneys at Law
3 Bessom St. No. 234
Marblehead, MA  01945

Admitted to MA* NY WY
Federal Courts
U.S. Supreme Court

Tel: 781-581-2262
Fax: 888-406-9538
Cell: 781-910-1523

Inga@IngaParsonsLaw.com

Christian@IngaParsonsLaw.com

**BY ECF**

February 17, 2025

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

Re:   *United States v Keita* (Johnson) 22-cr-00435 (LAP)

Dear Judge Preska:

I was appointed to represent Mr. Kesaun Johnson in the above-referenced case which has significant discover, reportedly 8 terabytes of evidence. Counsel is writing to request approval for her associate Christian J. Urbano to work more than ten hours in this matter as he currently has expended 9.3 hours. Mr. Urbano has been approved by judges in the Southern District of New York to work as an associate on a number of my CJA cases since 2016. He graduated summa cum laude from Boston College Law School and has been practicing since 2000,

Given the amount of discovery, Counsel respectfully requests approval for an initial fifty (50) hours, without prejudice to request authority for additional time should it appear Mr. Urbano's hours will reasonably excee0 50 hours. The associate rate is 80% of the federal CJA rate which is now $140 (2025) and $137.60 (2024).

Counsel asks that this appointment be effective *nunc pro tunc* to my appointment date of April 4, 2024.

SO ORDERED

*[signature: Loretta A. Preska]*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

2/18/25

New York Office: 5 Columbus Circle, Ste. 710, New York, NY 10019

Hon. Loretta A. Preska  
*U.S. v. Johnson*

February 17, 2025  
Page 2 of 2

Thank you for your time and consideration in this matter.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

cc: All counsel of record via ECF