UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-                                                 22-435 (LAP)

KESHAUN JOHNSON,
                        **Defendant.**
------------------------------------------------------------X

## TRAVEL ORDER PURUSANT TO 18 U.S.C. § 4285

THIS MATTER having come before this Court on the motion of Defendant, Keyshaun Johnson, through his appointed CJA counsel, Inga L. Parsons, and with the consent of the Government, by AUSA Jane Chong, and pursuant to 18 U.S.C. § 4285, and upon a finding that the interests of justice would be served thereby IT IS HEREBY ORDERED:

1. That the United States Marshals Service shall arrange for the non-custodial transportation by air and any necessary ground transportation to ensure that Deshaun Johnson is at the United States District Court, Southern District of New York, 500 Pearl Street, New York, York on March 26, 2025 for his Rule 11 hearing at 2 p.m. on that date or otherwise provide such funds to Mr. Johnson to be paid by the Marshals Service;

2. That Mr. Johnson arrive at the Courthouse at least two hours prior to his 2 p.m. sentencing on March 26, 2025 to ensure time to meet with his attorney prior to his plea;

3. That the Court further authorizes the use of CJA funds for the purpose of purchasing ground transportation and a return airline ticket for Mr. Johnson from New York City back to Little Rock, Arkansas.

1

Dated: New York, New York

March __18__ 2025

SO ORDERED: _____

HONORABLE LORETTA A. PRESKA
United States District Judge
Southern District of New York