# INGA L. PARSONS
## CHRISTIAN J. URBANO*
### (of Counsel)

| | | |
|---|---|---|
| Admitted to MA* NY WY | Attorneys at Law | Tel: 781-581-2262 |
| Federal Courts | 3 Bessom St. No. 234 | Fax: 888-406-9538 |
| U.S. Supreme Court | Marblehead, MA  01945 | Cell: 781-910-1523 |

Inga@IngaParsonsLaw.com                                         Christian@IngaParsonsLaw.com

**BY ECF**

September 18, 2025

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

     Re:    *United States v Keita*  (Johnson) 22-cr-00435 (LAP)

Dear Judge Preska:

    I am assigned pursuant to the Criminal Justice Act to represent Keshaun Johnson, one of the sixth and last listed defendant in the above-referenced case. Mr. Johnson's sentencing is scheduled for October 6, 2025.

    Counsel has been out of town and has been litigating a case with emergency issues. She is also in the process of obtaining letters from family members. Counsel is travelling tomorrow, Friday the 19th and has a funeral and other commitments over the weekend. Counsel requests that she be permitted to file the sentencing memorandum in this case on September 24, 2025, two days following the two-week standard scheduling order. The government's memorandum would be due two weeks from defense counsel's filing.

    Counsel has contacted AUSA Jane Chong who is apparently away from her office.

    For other good and just cause.

Respectfully,

*/s/ Inga L. Parsons*

Inga L. Parsons

cc:  All counsel of record via ECF

New York Office: 5 Columbus Circle, Ste. 1501, New York, NY  10019

---

```
Defense counsel's request for an extension of the
deadlines for Defendant and the Government to
file their sentencing submissions is GRANTED.
The Clerk of the Court shall close docket numbers
229 and 230.

SO ORDERED.

Dated: September 19, 2025

_____
LORETTA A. PRESKA, U.S.D.J.
```